```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

    vs                        4:04CR00232-01-WRW

ANTHONY WAYNE GRAY

<u>AMENDED AND SUBSTITUTED</u>
<u>JUDGMENT AND COMMITMENT</u>

     The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the admissions of the defendant, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

     IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

     It is further ordered that the defendant be placed in a Bureau of Prisons facility for a term of seven (7) months. The Court recommends the defendant participant in residential or nonresidential substance abuse treatment during incarceration. The Court recommends the defendant be placed at a medical Bureau of Prisons facility. The defendant is to report to the designated BOP facility by 2:00 p.m. on Tuesday, January 17, 2006. A term of supervised release of two (2) years is imposed to follow incarceration. The defendant is to participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant is to refrain from the use of alcohol throughout the course of treatment. The defendant is to participate under the guidance and supervision of

the U.S. Probation Office in a mental health treatment program. The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to loans, lines of credit, and tax returns.  This also includes records of any business with which the defendant is associated.  No new lines of credit will be established without prior approval of the U.S. Probation Office.  Restitution of $15,682 is mandatory and payable to Regions Bank during incarceration and supervised release. During incarceration, the defendant will pay 50 percent per month of all funds that are available to him.  During community confinement placement, payments will be reduced to 10 percent of the defendant's gross monthly income.  Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's monthly gross income.  A special penalty assessment of $100 is due immediately.

    IT IS SO ORDERED this 13th day of December, 2005.


                                       /s/ Wm. R.Wilson,Jr.
                            UNITED STATES DISTRICT JUDGE

supvrl2.jdg